Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Ellsworth Thomas Whinery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLSWORTH THOMAS WHINERY, | Case No.: 2:24-cv-00008-DJA |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DANIEL J. ALBREGTS, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Ellsworth Thomas Whinery ("Plaintiff") and MARTIN O'MALLEY as the Commissioner of Social

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: April 3, 2024  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Marc V. Kalagian*[1]
_____
Marc V. Kalagian
Attorney for plaintiff Ellsworth Thomas Whinery

DATE: April 3, 2024  JASON M. FRIERSON
United States Attorney

/s/ *Franco L. Becia*
_____
FRANCO L. BECIA
Special Assistant United States Attorney
Attorneys for Defendant MARTIN O'MALLEY,
Commissioner of Social Security
(Per e-mail authorization)

## ORDER

IT IS SO ORDERED.  The Clerk of Court is kindly directed to close this case.

DATE:  4/4/2024

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:24-CV-00008-DJA

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 3, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff